1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11
12   PAUL JOHNSON,                    )   Case No. CV 11-1263 DOC (MRW)
13                    Petitioner,     )
14              vs.                    )   JUDGMENT
15   NORTH KERN STATE PRISON,         )
16                    Respondent.     )
17   _____ )
18       Pursuant to the Order Accepting Findings and Recommendations of the
19   United States Magistrate Judge,
20       IT IS ADJUDGED that this action is dismissed without prejudice.
21
22
23   DATE: September 27, 2011

24                                    David O. Carter
                                      _____
25                                    HON. DAVID O. CARTER
                                      UNITED STATES DISTRICT JUDGE
26
27
28