UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL JOHNSON, | ) | Case No. CV 11-1263 DOC (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| NORTH KERN STATE PRISON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: September 27, 2011

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE